P. KRISTOFER STROJNIK (SBN 242728)
THE STROKNIK FIRM LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ 85016
Telephone:   602-510-9409
pstrojnik@strojniklaw.com

Attorneys for Plaintiff Theresa Brooke

MATTHEW S. DISBROW (SBN 294764)
HONIGMAN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone:   313-465-7000
Facsimile:    313-465-8000
mdisbrow@honigman.com

Attorneys for Defendant LHO Mission Bay Hotel LP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LHO MISSION BAY HOTEL LP, a California limited partnership dba Paradise Point,<br><br>　　　　　Defendant. | Case No. 3:19-cv-02445-CAB-BGS<br><br>Hon. Cathy Ann Bencivengo<br><br>**JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II) & ORDER THEREON** |

　　　　The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby apply that this complaint may be dismissed, with prejudice.  Each party shall bear their own attorney fees and costs.

| | | |
|---|---|---|
| 1 | Dated: February 10, 2020 | THE STROJNIK FIRM LLC |
| 2 | | |
| 3 | | By: /s/ P. Kristofer Strojnik<br>P. Kristofer Strojnik (SBN 242728) |
| 4 | | Attorneys for Plaintiff Theresa Brooke |
| 5 | | |
| 6 | Dated:  February 10, 2020 | HONIGMAN LLP |
| 7 | | |
| 8 | | By: /s/ Matthew S. Disbrow<br>Matthew S. Disbrow (SBN 294764) |
| 9 | | |
| 10 | | Attorneys for Defendant LHO Mission Bay Hotel LP |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to P. Kristofer Strojnik, counsel for Plaintiff Theresa Brooke, and that I have obtained authorization from Mr. Strojnik to affix his electronic signature to this document

Dated:  February 10, 2020   HONIGMAN LLP

By:  /s/ Matthew S. Disbrow
     Matthew S. Disbrow (SBN 294764)

Attorneys for Defendant LHO Mission Bay Hotel LP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document with the Court's CM/ECF filing system that will provide notice of the same on the parties and counsel of record in the case.

Dated: February 10, 2020        HONIGMAN LLP

By: /s/ Matthew S. Disbrow
Matthew S. Disbrow (SBN 294764)

Attorneys for Defendant LHO Mission Bay Hotel LP