UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE<br><br>                              Plaintiff,<br><br>v.<br><br>LHO MISSION BAY HOTEL LP,<br><br>                              Defendant. | Case No.:  19-cv-2445-CAB-BGS<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 8] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.**  This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated:  February 10, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge